U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUN - 6 2006
ROBERT H. SHEMWELL, CLERK
DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICK BROWN, ET AL. | CIVIL ACTION NO. 04-0759-A |
| -vs- | JUDGE DRELL |
| TOM RIDGE, ET AL. | MAGISTRATE JUDGE KIRK |

## ORDER

All of Plaintiff Rafiu Abimbola's claims pending subsequent to the Judgment dated June 6, 2006 are referred to Magistrate Judge James D. Kirk for service of process and other future proceedings.

SIGNED on this 6 day of June, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE